

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-17-00409-CV

| | | |
|---|---|---|
| The City of Crowley | § | From the 342nd District Court |
| | § | of Tarrant County (342-238173-09) |
| v. | § | August 23, 2018 |
| Doug Ray | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant The City of Crowley shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier